IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KAYRICKA WORTHAM,<br><br>  Defendants. | CRIMINAL ACTION FILE<br><br>NO. 1:22-cr-361-TCB |

**O R D E R**

This case comes before the Court on the United States of America's motion [74] for partial final order of forfeiture pursuant to Rule 32.2(c) of the Federal Rules of Criminal Procedure.

This Court, having found that the Defendant's interest was forfeited to the United States in the consent preliminary order of forfeiture [8] and the second preliminary order of forfeiture [58], that the United States published notice of the preliminary order of forfeiture, and of its intent to dispose of the property, in accordance with 21 U.S.C. § 853(n) and 18 U.S.C. § 982(b)(1), that no third party has filed a petition claiming an interest in the property and that the

time for filing such petition has expired, it is hereby ORDERED, ADJUDGED and DECREED that a final forfeiture judgment against the following property is hereby entered pursuant to 18 U.S.C. § 982(a)(2):

1. FUNDS

    a. $1,550,425.36 seized from Navy Federal Credit Union account ending in 6014 on August 12, 2022;

    b. $954,950.57 seized from the Wells Fargo Bank NA account ending in 9248 on August 9, 2022;

    c. $43,602.43 seized from the Wells Fargo Bank NA account ending in 7057 on August 9, 2022;

    d. $133,734.26 seized from the Wells Fargo Bank NA account ending in 9485 on August 9, 2022;

    e. $109,895.20 seized from the US Bank National Association account ending in 9030 on August 18, 2022;

    f. $549.43 seized from Wells Fargo Bank account ending in 7611 on or about August 9, 2022;

    g. $7,540.65 seized from Navy Federal Credit Union account ending in 3008 on or about August 12, 2022;

    h. $102.01 seized from Navy Federal Credit Union account ending in 9979 on or about August 12, 2022;

    i. $00.61 seized from Navy Federal Credit Union account ending in 2758 on or about August 12, 2022;

    j. $101,023.23 seized from Navy Federal Credit Union account ending in 3373 on or about September 23, 2022; and

    k. $117,430.39 seized from Wells Fargo Bank account ending in 5940 on or about February 6, 2023.

2. VEHICLES:

    a. One 2019 Lamborghini Urus bearing vehicle identification number ZPBUA1ZL2KLA03008;

    b. One 2021 Dodge Durango bearing vehicle identification number 1C4SDJH99MC762625;

    c. One 2022 Tesla Model X bearing vehicle identification number 7SAXCBE51NF332904;

    d. One 2018 Porsche Panamera bearing vehicle identification number WP0AB2A74JL136623; and

    e. One Kawasaki ZX636 motorcycle bearing vehicle identification number JKBZXJH19MA00976.

It is further ORDERED, ADJUDGED AND DECREED that all right, title and interest in the above property is hereby condemned, forfeited, and vested in the United States and shall be disposed of according to law. Further, the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

IT IS SO ORDERED this 23rd day of September, 2024.

_____
Timothy C. Batten, Sr.
Chief United States District Judge